# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

April 24, 2025

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Richard Kim**
      **25-MAG-1205 (UA)**

Dear Duty Magistrate:

   Richard Kim, through undersigned counsel, respectfully moves the Court for an order amending the pretrial release conditions in this case. Specifically, Mr. Kim asks the Court to reduce the number of required bond co-signers from 2 FRP co-signers and 1 Moral Suasion co-signer, to 1 FRP co-signer and 1 Moral Suasion co-signer.

   Undersigned counsel has conferred with the government about this request, and the government has no objection to the amendment. Accordingly, Mr. Kim asks the Court to grant his request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791